766

No. 202. SOY FOOD MILLS, INC. *v.* PILLSBURY MILLS, INC. ▮ Certiorari denied. *Truman A. Herron* for petitioner. *Bradshaw Mintener* and *Ralph E. Williamson* for respondent. ▮

No. 204. BOONE *v.* BOONE, TRUSTEE. ▮ Certiorari denied. *Thomas H. Patterson* for petitioner. *Louis M. Denit* and *M. Ryan McCown* for respondent. ▮

No. 207. PHILADELPHIA RECORD Co. *v.* O'DONNELL. ▮ Certiorari denied. *Jerome J. Rothschild, Lemuel B. Schofield, Thomas D. McBride, Laurence H. Eldredge* and *W. Bradley Ward* for petitioner. *John D. M. Hamilton* for respondent.

No. 209. CROWELL-COLLIER PUBLISHING Co. *v.* CALDWELL. ▮ Certiorari denied. *Chester H. Ferguson* for petitioner. *Leo L. Foster* for respondent.

No. 208. TRAVELERS INSURANCE Co. *v.* COMMISSIONER OF INTERNAL REVENUE. ▮ Certiorari denied. *Lillian L. Malley* for petitioner. *Solicitor General Perlman, Sewall Key, Lee A. Jackson* and *Helen Goodner* for respondent. ▮

No. 213. E. J. STANTON & SON *v.* COUNTY OF LOS ANGELES ET AL. ▮ Certiorari denied. *Albert E. Conradis* for petitioner. *Harold W. Kennedy, Ray L. Chesebro* and *Hugh H. MacDonald* for respondents. ▮